Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

*Counsel for Defendant Seth Herrera*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:24-cr-00091-SLG-KFR |
| SETH HERRERA, | |
| Defendant. | |

**NOTICE OF INTENT TO CHANGE PLEA**

Defendant Seth Herrera, through counsel, Ben W. Muse, Assistant Federal Defender, hereby notifies this Court of is intent to change his plea in this matter pursuant to a written plea agreement.

The parties request a proposed change of plea hearing for March 19.

Mr. Herrera consents to have his plea(s) taken by a United States Magistrate Judge pursuant to Fed.R.Cr.P. 11 and 59.

///

///

///

///

DATED at Anchorage, Alaska this 7th day of March, 2025.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 7, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*