MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

RACHEL L. ROTHBERG
Trial Attorney, Department of Justice
Child Exploitation and Obscenity Section
1301 New York Ave NW, 11th Fl
Washington, DC 20530
Email: Rachel.Rothberg@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SETH HERRERA,<br><br>　　　　　Defendant. | No. 3:24-cr-00091-SLG-KFR |

**GOVERNMENT NOTICE REGARDING DEFENDANT'S PARALLEL PROCEEDINGS**

COMES NOW the United States of America and provides notice to the Court that defendant Seth Herrera has been charged with additional child exploitation crimes outside of the District of Alaska. Specifically, on May 14, 2025, a federal grand jury in the Western

District of Texas-El Paso Division returned a two-count indictment charging the defendant with attempted sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a),(e) (Count 1); and receipt of visual depictions involving the sexual exploitation of a minor, in violation of 18 U.S.C. § 2252(a)(2), (b)(1) (Count 2). *See United States v. Seth Herrera*, 3:25-CR-01046-KC. Counsel had previously been appointed for the defendant in El Paso, Texas in anticipation of the indictment.

In bringing these charges, the United States does not intend to delay the proceedings in the instant case, nor to require the transfer or shuttling of the defendant between Anchorage, Alaska and El Paso, Texas. Accordingly, the United States has been in touch with defense counsel in both districts to seek to make these parallel cases proceed as smoothly as possible, to the extent the government has any control. Undersigned counsel has been advised by the U.S. Marshals in El Paso that, in all likelihood, the defendant would not be transported to El Paso while the charges in the instant case are pending. Rather, the defendant would be transferred to the Western District of Texas once the instant case is resolved. The United States will provide notice to the Court of any significant developments in the defendant's Texas case that may bear on the instant case or the timing of these proceedings.

RESPECTFULLY SUBMITTED May 16, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ *Mac Caille Petursson*
MAC CAILLE PETURSSON
Assistant United States Attorney
United States of America

s/ *Rachel L. Rothberg*
RACHEL L. ROTHBERG
Trial Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ *Rachel L. Rothberg*