IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SETH HERRERA,

    Defendant.

Case No. 3:24-cr-00091-SLG-KFR

*Proposed*
**ORDER RE MOTION TO ACCEPT LATE FILING**

After due consideration of Motion to Accept Late Filing, the motion is GRANTED.

IT IS ORDERED that the defendant's Reply filed under seal at Docket No. 80 is accepted as filed.

DATED this __ day of August, 2025, in Anchorage, Alaska.

_____
SHARON L. GLEASON
UNITED STATES DISTRICT COURT